■ LAURA DE LUCA, as Administratrix of the Estate of ANTONIO DE LUCA, Deceased, v. ALFRED E. SANTANGELO et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ NAT FISHER et al., v. MORRIS LOBER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ ADAM MERGER, Individually and as Assignee of RENE PFAFFENBACH v. NATIONAL GRANGE INSURANCE COMPANIES.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before April 14, 1960, with notice of argument for April 26, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before April 20, 1960. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ LUDMILLA HUNTER v. ALLAN B. HUNTER.— Motion for stay granted on condition that the appeal be argued or submitted on March 15, 1960. Respondent's points are to be served and filed on or before March 9, 1960. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ ILEANA ADLERMAN v. EDWIN J. ADLERMAN.— Motion granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, and upon the further condition that the appellant continues the payment of $100 a month for the support of the infant child of the parties during the pendency of the appeal, and within 10 days after the entry of the order herein files a surety company bond in the amount of $3,000 as security for the payment of alimony awarded to the respondent under the judgment appealed from. Concur — Botein., Breitel, Valente, Stevens and Bergan, JJ.

■ GROWTH REALTIES, INC., v. ALEXANDER BROWN.— Application granted and the stay contained in the order to show cause, dated February 24, 1960, as amended February 25, 1960, by Mr. Justice Charles D. Breitel, is continued pending the hearing and determination of the appeal, on condition that the tenant procures the record on appeal and his appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. The landlord's points are to be served and filed on or before April 13, 1960. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.